UNITED STATES DISTRICT COURT
for the District of New Jersey [LIVE]
Camden, NJ

ANGELA ROSARIO−ROBLES

                        Plaintiff,

v.                                    Case No.:
                                        1:21−cv−18508−JHR−SAK
                                        Judge Joseph H. Rodriguez

UPS SUPPLY CHAIN SOLUTIONS, INC.

                        Defendant.

## ORDER OF DISMISSAL

This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

**IT IS** on this 25th day of August, 2022,

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

/s/ Joseph H. Rodriguez
_____
JOSEPH H. RODRIGUEZ United States District Judge